**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,

    Plaintiff,

v.                                            Case No. 6:22-cv-02213-ACC-EJK

CAYLOR ZORINA TRUST, and
CAPTAIN D'S, LLC,

    Defendants.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Tavia Wagner ("Plaintiff") and Defendants Caylor Zorina Trust ("CZ Trust"), and Captain D's, LLC ("Captain D's") (collectively, the "Parties") by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and based on the Parties' settlement, hereby stipulate, agree, and request that this Court enter an order dismissing all claims in this action brought against Defendants, *with prejudice*, and with each party bearing their own attorney's fees and costs, in connection with this litigation.

*[signatures on the following page]*

Respectfully and jointly submitted this May 31, 2023.

By: /s/ *Joe M. Quick* [1]
Joe M. Quick, Esq.
Florida Bar No. 0883794
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Telephone: 386.212.3591
Email: JMQuickEsq@gmail.com

**Attorney for Plaintiff**

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

By: /s/ *Ashleigh Singleton*
ASHLEIGH SINGLETON
Florida Bar No. 1025754
E-Mail: asingleton@bakerdonelson.com
Secondary: lterry@bakerdonelson.com
3551 S. Blair Stone Road
Suite 105-132
Tallahassee, FL 32301
Telephone: (850) 425-7500

CHARLES K. GRANT (*pro hac vice*)
Tennessee Bar No. 017081
E-Mail: cgrant@bakerdonelson.com
Secondary: lkroll@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5767

**Attorneys for Defendants, CAYLOR ZORINA TRUST, and CAPTAIN D'S, LLC**

---

[1] Mr. Quick has provided written approval to Defense Counsel to affix Mr. Quick's electronic signature to this document.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via this Court's CM/ECF system, which will automatically serve notice of this filing via email notification to all registered counsel of record, this 31st day of May, 2023.

                                        /s/ Ashleigh Singleton
                                        Attorney